**Electronically Filed
Supreme Court
SCWC-14-0000384
04-MAY-2016
02:55 PM**

SCWC-14-0000384

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

DANNETTE GODINES,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000384; CASE NO. 3DTC-13-000064)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of Certiorari, filed ex officio on March 24, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may,

within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 4, 2016.

Dannette Godines
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2